# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TRAVIS JACKSON                                                                                                                  PLAINTIFF

V.                        NO: 4:13CV00399 JMM/HDY

DAVID JOHNSON *et al.*                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The detail of any testimony desired to be introduced at the

>hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Travis Jackson, who was formerly held at the Ashley County Detention Facility, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on July 9, 2013. On August 27, 2013, Defendants Crystal Davidson, David Johnson, and Lavett Whitfield, filed a motion to dismiss, along with a brief in support and an affidavit in support, asserting that their interrogatories to Plaintiff, as well as other documentation sent to him, have been returned with a notation indicating that Plaintiff is no longer at the Ashley County Detention Facility (docket entries #15-#17). Mail the Court has sent to Plaintiff at his address of record has also been returned with a note indicating that Plaintiff is no longer at the detention facility (docket entries #13 & #14). Plaintiff has not responded to Defendants' motion, or updated his address as required by Local Rule 5.5(c)(2). Under these circumstances, the Court concludes that Defendants' motion should be granted, and Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is

reviewed for abuse of discretion).[1]

IT IS THEREFORE RECOMMENDED THAT:

1. Defendants' motion to dismiss (docket entry #15) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  16  day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Although Defendant Neal Byrd was not a party to the motion, the complaint should be dismissed in its entirety due to Plaintiff's failure to comply with Local Rule 5.5(c)(2).